1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

8   ROBIN LOHMIER,                          )
9                         Plaintiff,         )         Case No.  2:13-cv-00945-MMD-GWF
                                            )
10   vs.                                     )         **ORDER**
                                            )
11   OTIS ELEVATOR COMPANY,                  )
                                            )
12                        Defendant.         )
    _____     )
13

14          This matter is before the Court on the parties' failure to file a Joint Status Report.  The

15   Minutes of the Court dated May 29, 2013, required the parties to file a Joint Status Report

16   regarding removed action no later than July 1, 2013.  To date the parties have not complied.

17   Accordingly,

18          **IT IS ORDERED** counsel for the parties shall file a Joint Status Report no later than **July**

19   **22, 2013,** which must:

20          1.      Set forth the status of this action, including a list of any pending motions and/or

21                  other matters which require the attention of this court.

22          2.      Include a statement by counsel of action required to be taken by this court.

23          3.      Include as attachments copies of any pending motions, responses and replies thereto

24                  and/or any other matters requiring the court's attention not previously attached to the

25                  notice of removal.

26   . . .

27   . . .

28   . . .

1  Failure to comply may result in the issuance of an order to show cause why sanctions should not be

2  imposed.

3         DATED this 11th day of July, 2013.

4

5                                         _____

6                                         GEORGE FOLEY, JR.
                                          United States Magistrate Judge
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28