# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ROBIN LOHMIER, | ) |
|        Plaintiff, | ) Case No. 2:13-cv-00945-MMD-GWF |
| vs. | ) **ORDER** |
| OTIS ELEVATOR COMPANY, | ) |
|        Defendant. | ) |

This matter is before the Court on the parties' failure to file a Joint Status Report. The Minutes of the Court dated May 29, 2013, required the parties to file a Joint Status Report regarding removed action no later than July 1, 2013. To date the parties have not complied. Accordingly,

**IT IS ORDERED** counsel for the parties shall file a Joint Status Report no later than **July 22, 2013,** which must:

1. Set forth the status of this action, including a list of any pending motions and/or other matters which require the attention of this court.
2. Include a statement by counsel of action required to be taken by this court.
3. Include as attachments copies of any pending motions, responses and replies thereto and/or any other matters requiring the court's attention not previously attached to the notice of removal.

. . .

. . .

. . .

Failure to comply may result in the issuance of an order to show cause why sanctions should not be imposed.

DATED this 11th day of July, 2013.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge